UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH AGOSTINO,

    Plaintiff,

v.                                          Case No.: 8:18-cv-1202-T-36TGW

ALLY FINANCIAL INC.,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    COMES NOW, the Parties in the above styled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having amicably resolved all matter in controversy, and hereby jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

    Respectfully submitted by:

| | |
|---|---|
| */s/ GillianWilliston*_____ | /s/ Benjamin W. Raslavich_____ |
| **GILLIAN WILLISTON, ESQ.** | **BENJAMIN W. RASLAVICH, ESQ.** |
| Florida Bar No. 14270 | Florida Bar No.: 0102808 |
| **TROUTMAN SANDERS LLP** | **KUHN RASLAVICH, P.A.** |
| 222 Central Park Avenue, Suite 2000 | 2124 W. Kennedy Blvd., Suite B |
| Virginia Beach, VA 23454 | Tampa, Florida 33606 |
| Telephone: (757) 687-7500 | Telephone: (813) 422 – 7782 |
| E-mail: gillian.williston@troutman.com | Facsimile: (813) 422 – 7783 |
| *Counsel for Ally Financial Inc.* | ben@theKRfirm.com |
| | Counsel for Plaintiff |

2 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808