UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH AGOSTINO,

     Plaintiff,

v.                                   Case No: 8:18-cv-1202-T-36TGW

ALLY FINANCIAL INC.,

     Defendant.
_____/

## O R D E R

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 36).  In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

     1)     The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 36).

     2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees, except as otherwise agreed by the parties.

     3)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 20, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record